| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF PUERTO RICO | |
| Case number (if known) | Chapter you are filing under: |
| | ☐ Chapter 7 |
| | ■ Chapter 11 |
| | ☐ Chapter 12 |
| | ☐ Chapter 13 |
| | ☐ Check if this an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy          12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself | | |
|---|---|---|---|
| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| 1. | Your full name | **MILTON** | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | First name | First name |
| | | Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | **RIVERA VELAZQUEZ** | |
| | | Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | All other names you have used in the last 8 years | | |
| | Include your married or maiden names. | | |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-1467 | |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 4. | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>**DBA COLMADO BAR EL RESUELVE**<br>Business name(s)<br><br>**66-0868036**<br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| 5. | **Where you live** | **MANSIONES DE LOS ARTESANOS**<br>**#160 EBANO STREET**<br>**Las Piedras, PR 00771**<br>Number, Street, City, State & ZIP Code<br><br>**Las Piedras**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>**JOSE C. BARBOSA STREET #23**<br>**Las Piedras, PR 00771**<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **DISTRICT OF PUERTO RICO** | **2/06/15** | **15-00792MCF13** |
| | District | When | Case number |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, if known |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

         ☐    No. Go to line 12.

         ☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **MILTON RIVERA VELAZQUEZ**                                                Case number *(if known)*

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12.** **Are you a sole proprietor of any full- or part-time business?**

☐ No.   Go to Part 4.

■ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

**COLMADO BAR EL RESUELVE**
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**JOSE C. BARBOSA STREET #23**
**Las Piedras, PR 00771**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
■ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

■ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

■ No.
☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?

Number, Street, City, State & Zip Code

---

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 4

Debtor 1 **MILTON RIVERA VELAZQUEZ** Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):**

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    MILTON RIVERA VELAZQUEZ                           Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☒ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ MILTON RIVERA VELAZQUEZ
**MILTON RIVERA VELAZQUEZ**
Signature of Debtor 1

Signature of Debtor 2

Executed on  **February 23, 2017**
MM / DD / YYYY

Executed on
MM / DD / YYYY

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

| | | |
|---|---|---|
| **/s/ JOSE A. LEON LANDRAU, ESQ.** | Date | **February 23, 2017** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**JOSE A. LEON LANDRAU, ESQ.**
Printed name

**LEÓN LANDRAU, C.P.**
Firm name

**PO BOX 1687**
**CAGUAS, PR 00726**
Number, Street, City, State & ZIP Code

| | | | |
|---|---|---|---|
| Contact phone | **787-746-7979** | Email address | **jleonlandrau@yahoo.com** |

**131506**
Bar number & State

**Fill in this information to identify your case:**

Debtor 1: **MILTON RIVERA VELAZQUEZ**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known): _____

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
B. FERNANDEZ Y HNOS INC.
P.O. BOX 363629
San Juan, PR 00936-3629

What is the nature of the claim? **SUPPLIES**    $ **$10,260.81**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:   - $ _____
Unsecured claim    $ _____

Contact: _____
Contact phone: _____

**2**
BALLESTER HERMANOS INC
P.O.BOX 364548
San Juan, PR 00936

What is the nature of the claim? **SUPPLIES**    $ **$1,032.17**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:   - $ _____
Unsecured claim    $ _____

Contact: _____
Contact phone: _____

Debtor 1   **MILTON RIVERA VELAZQUEZ**                     Case number *(if known)*

---

### 3

**BANCO POPULAR PR**
P.O. BOX 366818
San Juan, PR 00936-6818

Contact

Contact phone

**What is the nature of the claim?**

**COMMERCIAL LOAN PRINCIPAL - $10,000.00 INTEREST - $3,144.05**   $ $13,144.05

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____
     Unsecured claim   $ _____

---

### 4

**BANCO SANTANDER**
P.O. BOX 362589
San Juan, PR 00936-2589

Contact

Contact phone

**What is the nature of the claim?**

**3 STORIES COMMERCIAL BUILDING LOCATED AT LAS PIEDRAS, PR. 1ST FLOOR WITH GROCERY STORE/BAR, 2ND FLOOR HAS 4 RENTAL APARTMENTS AND 3RD FLOOR HAS ONE RE**   $ $50,302.17

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $ $155,230.49
     Value of security:   - $ $120,000.00
     Unsecured claim   $ $50,302.17

---

### 5

**BANCO SANTANDER**
P.O. BOX 362589
San Juan, PR 00936-2589

**What is the nature of the claim?**   **CREDIT CARD**   $ $3,322.90

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No

---

Debtor 1    **MILTON RIVERA VELAZQUEZ**      Case number *(if known)*

| | | |
|---|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
| | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

### 6

**BANCO SANTANDER**
**P.O. BOX 362589**
**San Juan, PR 00936-2589**

What is the nature of the claim?    **CREDIT CARD**    $ **$3,107.12**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
|---|---|---|
| | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

### 7

**COCA COLA PUERTO RICO BOTTLERS**
**623 AVE PONCE DE LEON**
**BANCO COOPERATIVO PLAZA**
**SUITE 405-B**
**San Juan, PR 00928**

What is the nature of the claim?    **SUPPLIES**    $ **$597.92**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
|---|---|---|
| | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

### 8

**CRIM**
**P.O. BOX 195387**
**San Juan, PR 00919-5387**

What is the nature of the claim?    **SURCHARGES**    $ **$1,033.86**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
|---|---|---|
| | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

### 9

What is the nature of the claim?    **FOUR BEDROOM, 2 1/2 BATHROOMS RESIDENTIAL PROPERTY LOCATED AT LAS PIEDRAS PUERTO RICO CADASTER**    $ **$83,275.07**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **MILTON RIVERA VELAZQUEZ**  Case number *(if known)*

**FIRST BANK**
**P.O. BOX 9146**
**San Juan, PR 00908-0146**

#253-099-452-72-000

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $ **$237,623.27**
  Value of security:   - $ **$155,000.00**
  Unsecured claim   $ **$83,275.07**

Contact
Contact phone

---

**10**

**FIRST BANK**
**P.O. BOX 9146**
**San Juan, PR 00908-0146**

What is the nature of the claim?   **PERSONAL LOAN**   $ **$24,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
  Value of security:   - $
  Unsecured claim   $

Contact
Contact phone

---

**11**

**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

What is the nature of the claim?   1040-PR 2013 PRINCIPAL $996.97, INTEREST $93.77 1040-PR 2014 PRINCIPAL $1,047.00, INTEREST $64.66   $ **$2,202.40**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
  Value of security:   - $
  Unsecured claim   $

Contact
Contact phone

---

**12**

**MEDALLA DISTRIBUTORS**
**623 AVE. PONCE DE LEON**
**BANCO COOPERATIVO PLAZA**
**SUITE 405-B**
**San Juan, PR 00918**

What is the nature of the claim?   **SUPPLIES**   $ **$11,062.61**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor 1    **MILTON RIVERA VELAZQUEZ**    Case number *(if known)*

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact
Contact phone

---

**13**

**MENDEZ COMPANY**
**P.O. BOX 363348**
**San Juan, PR 00936**

What is the nature of the claim?    **SUPPLIES**    $ **$3,923.90**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact
Contact phone

---

**14**

**PORTFOLIO RECOVERY ASSOCIATES LLC**
**P.O.BOX 12914**
**Norfolk, VA 23541**

What is the nature of the claim?    **CREDIT LINE**    $ **$3,952.08**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact
Contact phone

---

**15**

**PUERTO RICO COFFEE ROASTERS**
**623 AVE. PONCE DE LEON**
**BANCO COOPERATIVO PLAZA**
**SUITE 405-B**
**San Juan, PR 00918**

What is the nature of the claim?    **SUPPLIES**    $ **$343.12**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact
Contact phone

---

**16**

**QUANTUM3 GROUP LLC**

What is the nature of the claim?    **PERSONAL LOAN**    $ **$52,116.60**

---

Debtor 1  **MILTON RIVERA VELAZQUEZ**                Case number *(if known)*

**AS AGENT FOR SADINO FUNDING**
**P.O. BOX 788**
**Kirkland, WA 98083-0788**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim:    $ _____

Contact
Contact phone

---

**17**  **SCOTIABANK**
**P.O. BOX 362230**
**San Juan, PR 00936-2230**

What is the nature of the claim?    **CREDIT LINE**    $ **$9,953.41**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim:    $ _____

Contact
Contact phone

---

**18**  **SEARS**
**P.O. BOX 70148**
**San Juan, PR 00936-8148**

What is the nature of the claim?    **CREDIT CARD**    $ **$741.21**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim:    $ _____

Contact
Contact phone

---

**19**  **SYNCHRONY BANK/EMPRESAS BERRIOS HOME**
**P.O. BOX 960061**
**Orlando, FL 32896-0061**

What is the nature of the claim?    **FURNITURE FINANCE**    $ **$803.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____

Contact

Debtor 1 **MILTON RIVERA VELAZQUEZ**     Case number *(if known)*

Contact phone     Unsecured claim     $

| 20 | VSUAREZ & CO. INC.<br>P.O. BOX 364588<br>San Juan, PR 00936-4588 | What is the nature of the claim? **SUPPLIES**    $ **$7,665.52** |
|---|---|---|

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  - Value of security:    - $
  - Unsecured claim    $

Contact

Contact phone

---

**Part 2:** **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ MILTON RIVERA VELAZQUEZ**
**MILTON RIVERA VELAZQUEZ**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **February 23, 2017**

Date _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

```
MILTON RIVERA VELAZQUEZ            CLARO                              MEDALLA DISTRIBUTORS
JOSE C. BARBOSA STREET #23         P.O. BOX 70366                     623 AVE. PONCE DE LEON
LAS PIEDRAS, PR 00771              SAN JUAN, PR 00936-8366            BANCO COOPERATIVO PLAZA SU40
                                                                      SAN JUAN, PR 00918


JOSE A. LEON LANDRAU, ESQ.         COCA COLA PUERTO RICO BOTTLERS     MENDEZ COMPANY
LEÓN LANDRAU, C.P.                 623 AVE PONCE DE LEON              P.O. BOX 363348
PO BOX 1687                        BANCO COOPERATIVO PLAZA SUITE 40   SAN JUAN, PR 00936
CAGUAS, PR 00726                   SAN JUAN, PR 00928


B. FERNANDEZ Y HNOS INC.           CRIM                               MUNICIPALITY OF LAS PIEDRAS
P.O. BOX 363629                    P.O. BOX 195387                    P.O. BOX 00068
SAN JUAN, PR 00936-3629            SAN JUAN, PR 00919-5387            LAS PIEDRAS, PR 00771


BALLESTER HERMANOS INC             CRIM                               PORTFOLIO RECOVERY ASSOCILL
P.O.BOX 364548                     P.O. BOX 195387                    P.O.BOX 12914
SAN JUAN, PR 00936                 SAN JUAN, PR 00919-5387            NORFOLK, VA 23541


BANCO POPULAR PR                   CRIM                               PR DEPARTMENT OF LABOR
P.O. BOX 366818                    P.O. BOX 195387                    P.O. BOX 195540
SAN JUAN, PR 00936-6818            SAN JUAN, PR 00919-5387            SAN JUAN, PR 00919-5540


BANCO SANTANDER                    FIRST BANK                         PR DEPARTMENT OF TREASURY
P.O. BOX 362589                    P.O. BOX 9146                      P.O. BOX 924140
SAN JUAN, PR 00936-2589            SAN JUAN, PR 00908-0146            SAN JUAN, PR 00902


BANCO SANTANDER                    FIRST BANK                         PUERTO RICO COFFEE ROASTE
P.O. BOX 362589                    P.O. BOX 9146                      623 AVE. PONCE DE LEON
SAN JUAN, PR 00936-2589            SAN JUAN, PR 00908-0146            BANCO COOPERATIVO PLAZA SU40
                                                                      SAN JUAN, PR 00918


BANCO SANTANDER                    INTERNAL REVENUE SERVICE           QUANTUM3 GROUP LLC
P.O. BOX 362589                    PO BOX 7346                        AS AGENT FOR SADINO FUNDIN
SAN JUAN, PR 00936-2589            PHILADELPHIA, PA 19101-7346        P.O. BOX 788
                                                                      KIRKLAND, WA 98083-0788


CBNA                               INTERNAL REVENUE SERVICE           RELIABLE AUTO
PO BOX 6497                        PO BOX 7346                        P.O. BOX 21382
SIOUX FALLS, SD 57117              PHILADELPHIA, PA 19101-7346        SAN JUAN, PR 00928-1382
```

SCOTIABANK
P.O. BOX 362230
SAN JUAN, PR 00936-2230


SEARS
P.O. BOX 70148
SAN JUAN, PR 00936-8148


STATE INSURANCE FUND
C/O WALLY DE LA ROSA VIDAL, ESQ.
PO BOX 365028
SAN JUAN, PR 00936-5028


SYNCHRONY BANK/EMPRESAS BERRIOS HOME
P.O. BOX 960061
ORLANDO, FL 32896-0061


VSUAREZ & CO. INC.
P.O. BOX 364588
SAN JUAN, PR 00936-4588